IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01742-BNB

NAIF AL-YOUSIF,

    Applicant,

v.

TRAVIS TRANI, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

## ORDER OF ASSIGNMENT

Applicant, through counsel, has filed an Application for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 and has paid the $5.00 filing fee.  An initial review having been completed, I direct assignment of the case to Senior Judge Richard P. Matsch as provided for under D.C.COLO.LCivR 40.1A for further review and processing of the action.  It is my understanding that Judge Matsch has agreed to assignment of the case to him.  Accordingly, it is

ORDERED that this case shall be assigned to Senior Judge Richard P. Matsch, pursuant to D.C.COLO.LCivR 40.1A.

Dated:  July 10, 2012.

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  WILEY Y. DANIEL,
                                  CHIEF UNITED STATES DISTRICT JUDGE