IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01742-RPM

NAIF AL-YOUSIF,

    Petitioner,
v.

TRAVIS TRANI, Warden, Colorado State Penitentiary, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Defendants.

_____

### ORDER TO SUPPLEMENT APPLICATION
_____

Upon review of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, filed July 5, 2012, it is

ORDERED that on or before July 30, 2012, counsel for the applicant will supplement the filing by filing copies of the state court opinion referred to in the application.

DATED:   July 11th, 2012

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge