IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01742-RPM

NAIF AL-YOUSIF,

    Petitioner,

v.

TRAVIS TRANI, Warden, Colorado State Penitentiary, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Defendants.

_____

ORDER TO FILE AN ANSWER
_____

Upon review of the Petition for Writ of Habeas Corpus, filed by Naif Al-Yousif on July 5, 2012, and the Supplement to Application filed on July 11, 2012, seeking relief under 28 U.S.C. § 2254, and pursuant to Rule 5 of the Rules Governing Section 2254 Cases, it is

ORDERED that on or before September 14, 2012, the respondent shall file and serve an answer to the petition.

DATED:   July 16th, 2012

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge