IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01742-RPM

NAIF AL-YOUSIF,

    Petitioner,

v.

TRAVIS TRANI, Warden, Colorado State Penitentiary, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.
_____

## ORDER TO REPLY
_____

    Upon review of the Answer filed by the Respondents on August 14, 2012 [11], raising issues not addressed in the Application for a Writ of Habeas Corpus, filed July 5, 2012 [1], including a challenge to the timeliness of the application, it is

    ORDERED that the petitioner Naif Al-Yousif shall file a reply to the answer on or before October 11, 2012 pursuant to Rule 5(e) of the Rules Governing Section 2254 Cases in the Untied States District Courts.

    DATED: September 10th, 2012

                                                    BY THE COURT:

                                                  s/ Richard P. Matsch
                                                  _____
                                                  Richard P. Matsch, Senior District Judge