IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01742-RPM

NAIF AL-YOUSIF,

    Petitioner,

v.

TRAVIS TRANI, Warden, Colorado State Penitentiary, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

_____

ORDER GRANTING EXTENSION OF TIME TO REPLY
_____

    After review of petitioner's Motion for Leave to File Late Reply Brief and for an Order Setting a New Filing Deadline of November 19, 2012, filed November 14, 2012 [16], it is

    ORDERED that the motion [16] is granted and petitioner has to and including November 19, 2012 to file his reply brief.

    DATED: November 14th, 2012

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior Judge