IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01742-RPM

NAIF AL-YOUSIF,

      Petitioner,

v.

TRAVIS TRANI, Warden, Colorado State Penitentiary, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

      Defendants.

_____

### ORDER GRANTING MOTION TO FILE LIMITED RESPONSE
_____

      Upon review of Respondents' Unopposed Motion for Leave to File Limited Response to Applicant's Reply[20] filed November 26, 2012, it is

      ORDERED that the motion is granted and the Limited Response to Applicant's Reply attached thereto is accepted for filing.

      DATED:   November 28th, 2012

                                                 BY THE COURT:

                                                 s/Richard P. Matsch
                                                 _____
                                                 Richard P. Matsch, Senior Judge