IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01742-RPM

NAIF AL-YOUSIF,

    Petitioner,

v.

TRAVIS TRANI, Warden, Colorado State Penitentiary, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Defendants.

_____

ORDER FOR ORAL ARGUMENT
_____

Upon review of the papers filed in support and opposition to this Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and to better understand the parties' respective contentions, including whether an evidentiary hearing will be held, it is

ORDERED that a hearing will be scheduled to hear oral arguments at a time to be set after consultation with counsel.

DATED:  August 16th, 2013

                                               BY THE COURT:

                                             s/Richard P. Matsch
                                             _____
                                             Richard P. Matsch, Senior Judge