**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch**

Civil Action No. 12-cv-01742-RPM

NAIF AL-YOUSIF

      Petitioner,

v.

TRAVIS TRANI, Warden, Colorado State Penitentiary, and
JOHN W. SUTHERS, Attorney General of the State of Colorado

      Respondents.

## ORDER

Habeas Applicant Naif Al-Yousif seeks a writ of habeas corpus from the Court compelling the Colorado Department of Corrections to transport him from the Colorado State Penitentiary, where he is currently incarcerated, to the Court to attend oral argument on October 4, 2013. Respondents oppose Al-Yousif's request.

The October 4 hearing will involve only issues of law based on the current state of the record. It will not be an evidentiary hearing. Therefore, Al-Yousif's presence is unnecessary, and it is,

ORDERED that Naif Al-Yousif's Motion for Issuance of a Writ of Habeas Corpus to the Colorado Department of Corrections so that Petitioner May Appear at the 4 October 2013 Hearing is denied.

Dated: September 18, 2013

                                               BY THE COURT:

                                               s/ Richard P. Matsch
                                               _____
                                               Richard P. Matsch
                                               Senior District Judge