# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

| | |
|---|---|
| Date: | February 26, 2014 |
| Courtroom Deputy: | J. Chris Smith |
| FTR Technician: | Kathy Terasaki |

___

Civil Action No. 12-cv-01742-RPM

| | |
|---|---|
| NAIF AL-YOUSIF, | Brett D. Lampiasi |
| | Henry L. Solano |
| Petitioner, | |
| v. | |
| TRAVIS TRANI, Warden, Colorado State Penitentiary, and | Ryan A. Crane |
| JOHN W. SUTHERS, Attorney General, State of Colorado, | John J. Fuerst, III |
| Respondents. | |

___

## COURTROOM MINUTES
___

**Hearing on Motion to Stay Judgment**

**2:00 p.m.        Court in session.**

Court's preliminary remarks.

Court states according the record no appeal has been filed and respondents' motion to stay judgment [46] is premature.

Court clarifies its Memorandum Opinion and Order [44] dated January 22, 2014.

**ORDERED:    Motion to Clarify Order and Judgment [49], is granted and is clarified as stated on record.  A written order will be prepared and entered.**

Argument by Mr. Crane.
Mr. Crane states respondents' intend to file a notice of appeal.
Mr. Crane further states petitioner is subject to removal and is on an ICE detainer [51-1].

Argument by Mr. Lampiasi.

**Court states the Motion to Stay Judgment [46], will be granted upon the filing of a notice of appeal.**

**2:17 p.m.        Court in recess.**  Hearing concluded.  Total time: 17 min.