IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01742-RPM

NAIF AL-YOUSIF,

    Applicant,

v.

TRAVIS TRANI, Warden, Colorado State Penitentiary, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

_____

## ORDER CLARIFYING ORDER AND JUDGMENT
_____

Upon consideration of the Respondents' Motion to Clarify Order and Judgment, filed February 12, 2014, the Petitioner's response and the hearing held today, it is

ORDERED that the effect of the Judgment entered on January 22, 2014, is that if the State of Colorado does not initiate new trial proceedings within 90 days from the date of the Judgment, the Petitioner shall be released from custody under the sentences imposed upon him which are the subject of these proceedings. This Court's Judgment does not prevent the State of Colorado from initiating new criminal proceedings based upon the conduct which was the subject of the criminal proceedings reviewed by this Court.

DATED:   February 26th, 2014

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P.Matsch, Senior Judge