IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01742-RPM

NAIF AL-YOUSIF,

    Applicant,

v.

TRAVIS TRANI, Warden, Colorado State Penitentiary, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

_____

ORDER FOR STAY OF PROCEEDINGS AND DENIAL OF MOTION FOR RELEASE
ON PERSONAL RECOGNIZANCE.
_____

    At the hearing held on February 26, 2014, this Court said that a motion to stay judgment [46] would be granted upon the filing of a notice of appeal.  A notice of appeal was filed on March 6, 2014, but the Court did not formalize the stay order.  On March 11, 2014, the petitioner filed a motion for release on personal recognizance [65]. Today, the respondents filed a response to that motion [67] and a motion for order formally granting stay [66].  It is now

    ORDERED that enforcement of the judgment entered on January 22, 2014, is stayed pending disposition of the pending appeal and it is

    FURTHER ORDERED that the petitioner's motion for release on personal recognizance is denied.

    DATED:   March 17th, 2014

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge