IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01742-RPM

NAIF AL-YOUSIF,

    Applicant,

v.

TRAVIS TRANI, Warden, Colorado State Penitentiary, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

_____

ORDER OF DISMISSAL
_____

    Pursuant to the Mandate issued by the Tenth Circuit Court of Appeals [Doc. 71],

it is

    ORDERED that this action is dismissed.

    DATED:   February 24$^h$, 2016

                                   BY THE COURT:

                                   s/Richard P. Matsch

                                   _____
                                   Richard P. Matsch, Senior Judge